

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPH America, LLC | Civil Action No. 13cv2319-CAB-KSC |
| Plaintiff, | |
| V. | |
| See Attachment | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Accordingly, the case is Dismissed for lack of Article III standing. The Clerk of Court shall close case. It is SO ORDERED.

Date: 4/11/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez
J. Gutierrez, Deputy

# United States District Court
**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 13cv2319-CAB-KSC

Sprint Spectrum L.P.
Defendant


Sprint Spectrum L.P.
Counter Claimant

V.

SPH America, LLC
Counter Defendant


Sprint Spectrum L.P.
Counter Claimant

V.

SPH America, LLC
Counter Defendant